Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  16−18625−KCF
                Chapter:  13
                Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James M Johnson
   105 Old Bridge Turnpike, Fl 2
   East Brunswick, NJ 08816−3117

Social Security No.:
   xxx−xx−2688

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/12/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 12, 2018
JAN: slf

                                                      Jeanne Naughton
                                                      Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                              Case No. 16-18625-KCF
James M Johnson                                                     Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: Oct 12, 2018
                              Form ID: 148                Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2018.
db             James M Johnson,    105 Old Bridge Turnpike, Fl 2,    East Brunswick, NJ   08816-3117
aty           +Phelan Hallinan Diamond & Jones, LLP,    400 Fellowship Road, Suite 100,
                Mt. Laurel, NJ 08054-3437
cr            +Deutsche Bank National Trust Company as Trustee,    Stern & Eisenberg, PC,
                1040 North Kings Highway,    Suite 407,   Cherry Hill, NJ 08034-1925
516157121     +Chase Auto Finance,   Po Box 901003,    Ft Worth, TX 76101-2003
516947164      Deutsche Bank,    Ocwen Loan Svc.,   POB 24605,    W. Palm Beach, FL 33416-4605
516174187     +Deutsche Bank Nat. Trust Co.,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,
                6409 CONGRESS AVE., SUITE 100,    BOCA RATON, FL 33487-2853
516227910      JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                Ft. Worth, TX 76101-2032
516157128      Ocwen Loan Servicing, LLC,    PO Box 24738,    West Palm Beach, FL 33416-4738
516431009      Ocwen Loan Svc., LLC,    POB 24605,   West Palm Beach, FL  33416-4605
516157130      PSE&G,   PO Box 14444,    New Brunswick, NJ 08906-4444
516157129     +Phelan Hallinan Diamond & Jones, PC,    400 Fellowship Rd, Ste 100,
                Mount Laurel, NJ 08054-3437
516157127    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court:   NJ Division Of Taxation,    PO Box 245,   Trenton, NJ 08695-0245)
516157131      State of New Jersey,   PO Box 245,    Trenton, NJ 08602-0245
516157136      The Law Ofice of Jordan B Richards,    PO Box 382,    Milltown, NJ 08850-0382

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 13 2018 00:15:14     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 13 2018 00:15:10     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
lm            +Fax: 407-737-5634 Oct 13 2018 01:13:30     OCWEN LOAN SERVICING,    1661 WORTHINGTON ROAD,
                SUITE 100,    WEST PALM BEACH, FL 33409-6493
516157119      EDI: CAPITALONE.COM Oct 13 2018 03:33:00     Capital One,    Po Box 85015,   Richmond, VA 23285
516157118     +EDI: CAPITALONE.COM Oct 13 2018 03:33:00     Capital One,    Attn: Bankruptcy,   Po Box 30285,
                Salt Lake City, UT 84130-0285
516241940      EDI: CAPITALONE.COM Oct 13 2018 03:33:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC  28272-1083
516355517      EDI: BL-BECKET.COM Oct 13 2018 03:33:00     Capital One NA,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
516157120     +EDI: CAUT.COM Oct 13 2018 03:33:00     Chase Auto Finance,    National Bankruptcy Dept,
                201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
516157122     +EDI: RCSFNBMARIN.COM Oct 13 2018 03:33:00     Credit One Bank Na,    Po Box 98873,
                Las Vegas, NV 89193-8873
516157123     +EDI: RCSFNBMARIN.COM Oct 13 2018 03:33:00     Credit One Bank Na,    Po Box 98875,
                Las Vegas, NV 89193-8875
516157124     +EDI: IRS.COM Oct 13 2018 03:33:00     Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
516230586      EDI: CAUT.COM Oct 13 2018 03:33:00     JPMorgan Chase Bank, N.A.,    P.O. Box 29505 AZ11191,
                Phoenix, AZ 85038-9505
516157126     +EDI: CBSKOHLS.COM Oct 13 2018 03:33:00     Kohls/Capital One,    N56 W 17000 Ridgewood Dr,
                Menomonee Falls, WI 53051-5660
516157125     +EDI: CBSKOHLS.COM Oct 13 2018 03:33:00     Kohls/Capital One,    Po Box 3120,
                Milwaukee, WI 53201-3120
516340089      EDI: RESURGENT.COM Oct 13 2018 03:33:00     LVNV Funding, LLC its successors and assigns as,
                assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
516281317     +EDI: MID8.COM Oct 13 2018 03:33:00     MIDLAND FUNDING LLC,    PO Box 2011,
                Warren, MI 48090-2011
516422079     +Fax: 407-737-5634 Oct 13 2018 01:13:30     Ocwen Loan Servicing, LLC,
                ATTN: Cashiering Department,    1661 Worthington Rd., Suite 100,
                West Palm Beach, FL 33409-6493
516263508     +E-mail/Text: bankruptcy@pseg.com Oct 13 2018 00:14:15     PSE&G,    POB 490,
                Cranford, NJ 07016-0490
516157132     +EDI: RMSC.COM Oct 13 2018 03:33:00     Synchrony Bank/PayPal Cr,    Attn: Bankruptcy,
                Po Box 103104,    Roswell, GA 30076-9104
516157133     +EDI: RMSC.COM Oct 13 2018 03:33:00     Synchrony Bank/PayPal Cr,    Po Box 965005,
                Orlando, FL 32896-5005
516157134     +EDI: RMSC.COM Oct 13 2018 03:33:00     Synchrony Bank/Walmart,    Attn: Bankruptcy,
                Po Box 103104,    Roswell, GA 30076-9104
516157135     +EDI: RMSC.COM Oct 13 2018 03:33:00     Synchrony Bank/Walmart,    Po Box 965024,
                Orlando, FL 32896-5024
                                                                                              TOTAL: 22
```

```
District/off: 0312-3          User: admin               Page 2 of 2                  Date Rcvd: Oct 12, 2018
                              Form ID: 148              Total Noticed: 36


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516299049*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516357933     ##+Synnove Bakke,    105 Old Bridge Tpke.,    E. Brunswick, NJ 08816-3117
                                                                                               TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2018 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harvey I. Marcus    on behalf of Debtor James M Johnson him@lawmarcus.com
              Justin    Plean     on behalf of Creditor    Deutsche Bank National Trust Company jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Patrick O. Lacsina    on behalf of Creditor    Deutsche Bank National Trust Company ,
               PATRICK.LACSINA@GMAIL.COM
              Sindi    Mncina     on behalf of Creditor    Deutsche Bank National Trust Company as Trustee
               smncina@rascrane.com
              Steven P. Kelly    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee
               skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                               TOTAL: 8