| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>CN 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | **Order Filed on October 12, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>James M Johnson<br><br><br><br>Debtor(s) | Case No.: 16-18625 / KCF<br><br>Chapter 13<br><br>Hearing Date: 10/10/18  at 9:00 AM<br><br>Judge: Kathryn C. Ferguson |

### CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 12, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                            Case No. 16-18625-KCF
James M Johnson                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1             Date Rcvd: Oct 12, 2018
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2018.
db             James M Johnson,    105 Old Bridge Turnpike, Fl 2,    East Brunswick, NJ   08816-3117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2018 at the address(es) listed below:
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Albert   Russo    docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Harvey I. Marcus    on behalf of Debtor James M Johnson him@lawmarcus.com
      Justin  Plean    on behalf of Creditor    Deutsche Bank National Trust Company jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com
      Patrick O. Lacsina    on behalf of Creditor    Deutsche Bank National Trust Company , PATRICK.LACSINA@GMAIL.COM
      Sindi  Mncina    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee smncina@rascrane.com
      Steven P. Kelly    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                                                                  TOTAL: 8